JULIANA C. FREDMAN [SBN 282924]
jfredman@baylegal.org
KYE YOUNG KIM [SBN 278996]
kkim@baylegal.org
KARI A. RUDD [SBN 268288]
krudd@baylegal.org
BAY AREA LEGAL AID
1800 Market Street
San Francisco, California 94102
(t) 415.982.1300
(f) 415.982.4243

Attorneys for Plaintiff
NIKKI BREWER

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
KIMBALL, TIREY & ST. JOHN LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NIKKI BREWER, <br><br> Plaintiff, <br><br> v. <br><br> KIMBALL, TIREY & ST. JOHN LLP., a Liability Partnership;, <br><br> Defendants. | Case No. 3:17-cv-05523-JCS <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> Judge: Hon. Joseph C. Spero |

Defendant Kimball, Tirey & St. John LLP ("KTS") and Plaintiff Nikki Brewer ("Plaintiff") through their respective counsel of record, pursuant to Local Civil Rules 6-1.(a) and 5, hereby stipulate to extending KTS' time to answer the Complaint from November 9, 2017, to and including November 22, 2017.

Good cause exists for KTS' and Plaintiff's stipulation because KTS' counsel was recently retained and needs additional time to investigate the facts of the case. The parties also intend to discuss settlement.

DATED: November 9, 2017    SOLOMON WARD SEIDENWURM & SMITH, LLP

By: *s/Thomas F. Landers*
THOMAS F. LANDERS
LEAH S. STRICKLAND
Attorneys for Defendant
KIMBALL, TIREY & ST. JOHN, LLP

DATED: November 9, 2017    BAY AREA LEGAL AID

By: *s/Juliana C. Fredman*
JULIANA C. FREDMAN
KYE YOUNG KIM
KARI A. RUDD
Attorneys for Plaintiff
NIKKI BREWER

I, Thomas F. Landers, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Juliana Fredman has concurred in this filing.

Dated: November 15, 2017

s/ Thomas F. Landers
THOMAS F. LANDERS
Attorney for Defendant
KIMBALL, TIREY & ST. JOHN LLP

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA